# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Saporito, Joseph F. | 2. Court or Organization<br><br>United States District Court Middle District of Pennsylvania | 3. Date of Report<br><br>07/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>04/30/2015 |

**7. Chambers or Office Address**

Max Rosenn United States Courthouse
197 South Main Street, Suite 161
Wilkes-Barre, PA 18702

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Saporito, Saporito & Falcone |
| 2. | Employee | Office of the Public Defender of Luzerne County |
| 3. | President | Wilkes-Barre Law & Library Association |
| 4. | President | Luzerne County Bar Association Charitable Foundation, Inc. |
| 5. | Director/Secretary | Earthly Angels Autism Board |
| 6. | Co-Trustee | Trust #1 |
| 7. | Co-Trustee | Trust #2 |
| 8. | Co-Trustee | Trust #3 |
| 9. | Co-Trustee | Trust #4 |
| 10. | Co-Trustee | Trust #5 |
| 11. | Trustee | Trust #6 |
| 12. | Trustee | Trust #7 |
| 13. | Executor | Estate #1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1985 | Luzerne County, PA Defined Benefit Pension Plan |
| 2. 2015 | Saporito, Saporito & Falcone Payment of fair value of interest in former Law Firm and sharing in future contigent fees reflecting value of services rendered |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 14

**Name of Person Reporting**

Saporito, Joseph F.

**Date of Report**

07/13/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Saporito, Saporito & Falcone | $125,085.00 |
| 2. 2014 | Saporito, Saporito & Falcone | $99,051.00 |
| 3. 2013 | Luzerne County | $45,230.52 |
| 4. 2014 | Luzerne County | $45,241.04 |
| 5. 2014 | Executor of the Estate #1 | $17,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Luzerne Intermediate Unit #18 - Salary |
| 2. 2014 | Luzerne Intermediate Unit #18- Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Credit Card | K |
| 2. | First National Community Bank | Mortgage on Rental Property #1, Pittston, PA (Pt. VII line1) | K |
| 3. | First National Community Bank | Line of Credit on Rental Property #1, Pittston, PA (Pt. VII line 1) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Pittston, PA $105,000 | D | Rent | M | S | Exempt | | | | |
| 2. Boeing Co. | A | Dividend | K | T | Exempt | | | | |
| 3. Dreyfus Worldwide Dollar Money Market | A | Interest | J | T | Exempt | | | | |
| 4. Dreyfus Active MidCap Cl A | D | Dividend | M | T | Exempt | | | | |
| 5. First National Community Bank Stock | A | Dividend | J | T | Exempt | | | | |
| 6. Brokerage Acct # 1 (H) | | | | | | | | | |
| 7. -AFLAC, Inc. | D | Dividend | J | T | Exempt | | | | |
| 8. -AMEC Foster Wheeler ADRF | A | Dividend | J | T | Exempt | | | | |
| 9. -Bank of America Stock | A | Dividend | L | T | Exempt | | | | |
| 10. -BB & T Corp Stock | A | Dividend | J | T | Exempt | | | | |
| 11. -Black Rock PA Strat Muni | A | Dividend | J | T | Exempt | | | | |
| 12. -Equity Commonwealth | | None | J | T | Exempt | | | | |
| 13. -Gabelli Conv. Incm Sec. | A | Dividend | J | T | Exempt | | | | |
| 14. -GE Stock | A | Dividend | J | T | Exempt | | | | |
| 15. -Nuveen Qual PFD Inc. | A | Dividend | J | T | Exempt | | | | |
| 16. -Startek Inc. Stock | | None | J | T | Exempt | | | | |
| 17. -Unilever PLC DDR | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Waste Management Stock | A | Dividend | J | T | Exempt | | | | |
| 19. Wells Fargo Stock | A | Dividend | K | T | Exempt | | | | |
| 20. Janus Enterprise Fund D | A | Dividend | J | T | Exempt | | | | |
| 21. Lincoln Financial Group | A | Interest | J | T | Exempt | | | | |
| 22. Brokerage Acct #2 (H) | | | | | | | | | |
| 23. -Community Bank Systems Stock | A | Dividend | J | T | Exempt | | | | |
| 24. -Walt Disney Co. Stock | A | Dividend | K | T | Exempt | | | | |
| 25. -DAF S and P 500 Trust 2 | A | Dividend | J | T | Exempt | | | | |
| 26. -Davis NY Venture | A | Dividend | K | T | Exempt | | | | |
| 27. -Fidelity ADV Diversified | A | Dividend | J | T | Exempt | | | | |
| 28. Fidelity VIP Growth Port. | A | Dividend | K | T | Exempt | | | | |
| 29. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | Exempt | | | | |
| 30. Mony | A | Int./Div. | J | T | Exempt | | | | |
| 31. First National Community Bank (Account) | A | Interest | J | T | Exempt | | | | |
| 32. Wells Fargo (Accounts) | A | Interest | J | T | Exempt | | | | |
| 33. AXA Equitable (Variable) AXA Guaranteed Interest Account | A | Interest | J | T | Exempt | | | | |
| 34. Vanguard 500 Index Fund Admiral Shares | A | Dividend | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | Exempt | | | | |
| 36. Wells Fargo (Accounts) | A | Interest | J | T | Exempt | | | | |
| 37. Lincoln National life Insurance Co. Universal Life Policy | A | Interest | J | T | Exempt | | | | |
| 38. First National Community Bank (Account) | A | Interest | K | T | Exempt | | | | |
| 39. Landmark Community Bank (Account) | A | Interest | K | T | Exempt | | | | |
| 40. Brokerage Acct. # 3 (H) | | | | | | | | | |
| 41. -Alliance Bernstein IN | A | Dividend | J | T | Exempt | | | | |
| 42. -Connagra Foods Stock | A | Dividend | J | T | Exempt | | | | |
| 43. -Equity Commonwealth | A | Dividend | J | T | Exempt | | | | |
| 44. -GE Stock | A | Dividend | J | T | Exempt | | | | |
| 45. -Harsco Corp. Stock | A | Dividend | J | T | Exempt | | | | |
| 46. -Hewlett Packard Co. Stock | A | Dividend | J | T | Exempt | | | | |
| 47. -Hormel Foods Corp. | A | Dividend | J | T | Exempt | | | | |
| 48. -Lockhead Martin Corp. Stock | A | Dividend | K | T | Exempt | | | | |
| 49. -Northrop Grumman Co, Stock | A | Dividend | K | T | Exempt | | | | |
| 50. -Nuveen Pennsylvania INVE Stock | A | Dividend | J | T | Exempt | | | | |
| 51. -Nvidia Corp. Stock | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PPL Corp Stock | A | Dividend | J | T | Exempt | | | | |
| 53. -SYSCO Corp. Stock | A | Dividend | J | T | Exempt | | | | |
| 54. -TEVA Pharm. Inds. Ltd. F | A | Dividend | J | T | Exempt | | | | |
| 55. -Unilever PLC F | A | Dividend | J | T | Exempt | | | | |
| 56. -Verizon Communication Stock | A | Dividend | J | T | Exempt | | | | |
| 57. -Visa Inc. CL A | A | Dividend | K | T | Exempt | | | | |
| 58. -Waste Management Stock | A | Dividend | J | T | Exempt | | | | |
| 59. -Xerox Corp. Stock | A | Dividend | J | T | Exempt | | | | |
| 60. Brokerage Acct #4 (H) | | | | | | | | | |
| 61. -MS Duel Directional Trigger Plus On The S & P 500 Index | | None | J | T | Exempt | | | | |
| 62. -Blackstone/GSO STRAT Credit FD | A | Dividend | J | T | Exempt | | | | |
| 63. -Doubleline Income Solutions FD | A | Dividend | J | T | Exempt | | | | |
| 64. -John Hancock Hedged EQ & Inc. FD | A | Dividend | J | T | Exempt | | | | |
| 65. -Nuveen Short Duratn CR OPP FD | A | Dividend | J | T | Exempt | | | | |
| 66. -MS 6.5% contingent Coupon Note Linked to S & P 500 | | None | J | T | Exempt | | | | |
| 67. -Blackrock Global Allocation C | | None | J | T | Exempt | | | | |
| 68. -Columbia Interm Bond A | B | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -Davis NY Venture C | A | Dividend | K | T | Exempt | | | | |
| 70. | -First Eagle Overseas C | A | Dividend | J | T | Exempt | | | | |
| 71. | -Franklin Rising Dividends C | B | Dividend | J | T | Exempt | | | | |
| 72. | -Good Harbor Tactical Core US C | | None | J | T | Exempt | | | | |
| 73. | -Oppenheimer Rock Hi Yield Muni C | | None | L | T | Exempt | | | | |
| 74. | -Oppenheimer Rock PA Muni C | A | Interest | K | T | Exempt | | | | |
| 75. | -PIMCO Asset AKK Authority C | | None | J | T | Exempt | | | | |
| 76. | -Prudential High Yield C | A | Dividend | J | T | Exempt | | | | |
| 77. | -Transamerica High Yield Bond C | A | Dividend | J | T | Exempt | | | | |
| 78. | -Transamerica Sht Term Bond C | A | Dividend | J | T | Exempt | | | | |
| 79. | -Western Asset Core Plus BD C | A | Dividend | K | T | Exempt | | | | |
| 80. | -Unit Claymore Guggenheim Interm Investment GRD Corp 19 | A | Dividend | J | T | Exempt | | | | |
| 81. | -Unit Guggenheim Energy 17 | | None | J | T | Exempt | | | | |
| 82. | -Unit INVESCO S & P Dividend Sustainability 2013-14 | A | Dividend | J | T | Exempt | | | | |
| 83. | -Unit Guggenheim Closed-End Infrastructure & MLP 15 | A | Dividend | J | T | Exempt | | | | |
| 84. | -Unit First Trust WaterUtility Infrastructure Select 31 | A | Dividend | J | T | Exempt | | | | |
| 85. | State Farm Life Ins. Co. Whole Life Policy | A | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus Active Midcap CLA | A | Dividend | K | T | Exempt | | | | |
| 87. PNC Bank (Accounts) | A | Interest | J | T | Exempt | | | | |
| 88. American Income Fund | A | Dividend | J | T | Exempt | | | | |
| 89. American Capital Income Builder CL C | B | Dividend | K | T | Exempt | | | | |
| 90. Blackrock Global Allocation FD Inc. C | A | Dividend | K | T | Exempt | | | | |
| 91. Clough GLBL OPPTYS | B | Dividend | K | T | Exempt | | | | |
| 92. Bank of America NA RASP | A | Interest | J | T | Exempt | | | | |
| 93. TYGS Realty Co. (H) | | | | | | | | | |
| 94. - Rental Property No.1, Pittston, PA $113,500 | C | Rent | K | S | Exempt | | | | |
| 95. - Rental Property No. 2, Pittston, PA $71,100 | C | Rent | K | S | Exempt | | | | |
| 96. - Rental Property No. 3, Pittston, PA $152,000 | C | Rent | K | S | Exempt | | | | |
| 97. -Rental Property No. 4, Pittston PA $256,000 | D | Rent | L | S | Exempt | | | | |
| 98. -Rental Property No. 5, Pittston, PA $300,000 | D | Rent | L | S | Exempt | | | | |
| 99. -Fidelity Deposit & Discount Bank (Account) | A | Interest | J | T | Exempt | | | | |
| 100. -First National Community Bank (Account) | A | Interest | J | T | Exempt | | | | |
| 101. -Vanguard 500 Index Fund Admiral Shares | A | Dividend | K | T | Exempt | | | | |
| 102. Trust No. 1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Nature's Way Purewater Systems, Inc. Stock | | None | O | W | Exempt | | | | |
| 104. - Rental Property No. 1, Feasterville, PA (November 14, 2012) | E | Rent | M | Q | Exempt | | | | |
| 105. - Rental Property No. 2, Pittston, PA (May 30, 2012 and May 16, 2012) | E | Rent | L | Q | Exempt | | | | |
| 106. - Rental Property No. 3, Philadelphia, PA (April 8, 2013) | A | Rent | L | Q | Exempt | | | | |
| 107. - Rental Property No. 4, Blakeslee, PA | E | Rent | L | Q | Exempt | | | | |
| 108. - Rental Property No. 5, Wilkes-Barre, PA (August 1, 2014) | B | Rent | K | Q | Exempt | | | | |
| 109. - Rental Property No. 6, Nesquehoning, PA (October 18, 2007) | G | Distribution | L | Q | Exempt | | | | |
| 110. - Trust No. 2 (H) | | | | | | | | | |
| 111. - Pacific Life Insurance Company, Omaha, NE Whole Life Policy | D | Int./Div. | M | T | Exempt | | | | |
| 112. - Pacific Life Insurance Company, Omaha, NE Whole Life Policy | D | Int./Div. | N | T | Exempt | | | | |
| 113. - The Guardian Life Ins. Company of America Survivorship Whole Life | D | Dividend | M | T | Exempt | | | | |
| 114. - The Guardian Life Ins. Company of America Survivorship Whole Life | D | Dividend | M | T | Exempt | | | | |
| 115. - Trust No. 3 (H) | | | | | | | | | |
| 116. - Landmark Bank | A | Interest | J | T | Exempt | | | | |
| 117. - Trust No. 4 (H) | | | | | | | | | |
| 118. - Rental Property No. 1, Blakeslee, PA | F | Rent | M | Q | Exempt | | | | |
| 119. - Trust No. 5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Saporito, Joseph F. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Voya Security Life of Denver Whole Life Policy | E | Int./Div. | N | T | Exempt | | | | |
| 121. - Phoenix Interest Sensitive Whole Life | A | Int./Div. | L | T | Exempt | | | | |
| 122. -Knights of Columbus Whole Life Policy | B | Int./Div. | L | T | Exempt | | | | |
| 123. - Knights of Columbus Whole Life Policy | B | Int./Div. | L | T | Exempt | | | | |
| 124. - The Guardian Life Ins. Company of America Survivorship Whole Life | D | Dividend | M | T | Exempt | | | | |
| 125. - The Guardian Life Ins. Company of America Survivorship Whole Life | D | Dividend | N | T | Exempt | | | | |
| 126. Trust No. 6 (H) | | | | | | | | | |
| 127. -Wells Fargo (Account) | A | Int./Div. | J | T | Exempt | | | | |
| 128. -PNC Bank (Account) | A | Interest | L | T | Exempt | | | | |
| 129. Trust No. 7 (H) | | | | | | | | | |
| 130. -Bank of America (Accounts) | A | Interest | K | T | Exempt | | | | |
| 131. Estate No. 1 | E | Distribution | J | T | Exempt | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts. Item. 100 (Nature's Way Purewater Systems, Inc.) This is an estimated value derived from a valuation by a certified public accountant.

Item 107 (Rebtal Property No. 4, Blakeslee, PA) The appraisal for this property was performed for the lending institution and not the owner of the property. A request has been made for hte date of the appraisal and as of the filing of this Report it has not been received.

Item 126 (Trust No. 6) In June, 2015, the Court of Common Pleas of Luzerne County, PA, Orphans' Court Division named a new trustee to administer this trust.

Item 129 (Trust No. 7) I will be applying to the Court of Common Pleas of Luzerne County, PA, Orphans' Court Division for the appointment of a new trustee.

Item 131 (Estate No. 1) This estate was settled during calendar year 2013 and my executor's commission was received in that year. The estate has no reportable assets.

# FINANCIAL DISCLOSURE REPORT

Page 14 of 14

Name of Person Reporting

Saporito, Joseph F.

Date of Report

07/13/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Saporito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544